AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Stone, Jr., William F. | **2. Court or Organization**<br><br>Western District of Virginia | **3. Date of Report**<br><br>05/14/2013 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Bankruptcy Judge | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>1/1/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

Commonwealth of Va. Building
210 Church Ave., SW, Room 209
Roanoke, VA 24011

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | Trus░ |
| 2. | Trustee | Trust░ |
| 3. | Executor | The Estate of ░░░░ |
| 4. | Inactive Trustee of various deeds of trust as a result of prior law pract. | Misc. |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stone, Jr., William F. | 05/14/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Virginia Retirement System - Virginia teacher's pension monthly benefit |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

FINANCIAL DISCLOSURE REPORT

Page 3 of 14

Name of Person Reporting

Stone, Jr., William F.

Date of Report

05/14/2013

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Scott & Stringfellow | margin account loan, proceeds of which were used to pay for improvements on vacation home (see note #8) | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stone, Jr., William F. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Baxter Int'l, Inc. | B | Dividend | L | T | | | | | |
| 2. BP PLC | A | Dividend | K | T | | | | | |
| 3. Cardinal Health, Inc. | A | Dividend | J | T | | | | | |
| 4. Carefusion Corp. | | None | J | T | | | | | |
| 5. Chevron Texaco Corp. (see note #1) | E | Dividend | O | T | | | | | |
| 6. Coca Cola (see note #1) | D | Dividend | N | T | | | | | |
| 7. BB&T Corporation | D | Dividend | N | T | | | | | |
| 8. Branch Banking & Trust Co. Insured Deposit Program (note #9) | A | Interest | K | T | | | | | |
| 9. Colgate Palmolive Co. | B | Dividend | M | T | | | | | |
| 10. Conagra Foods, Inc. | A | Dividend | K | T | | | | | |
| 11. E.I. duPont | D | Dividend | M | T | | | | | |
| 12. Eaton Corporation | B | Dividend | | | Merged (with line 13) | 11/30/12 | L | F | |
| 13. Eaton Corporation PLC (merger from line 12) | | None | L | T | | | | | |
| 14. Edwards Lifesciences Corp. | | None | | | Sold | 12/31/12 | J | D | market |
| 15. Eastman Kodak | | None | J | T | | | | | |
| 16. Exxon Mobil Corp. (see note #1) | E | Dividend | P1 | T | Donated (part) | 1/28/12 | K | | charitable organization |
| 17. | | | | | Sold (part) | 10/17/12 | K | E | market |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stone, Jr., William F. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Freeport McMoran Copper & Gold | B | Dividend | L | T | Buy (add'l) | 5/14/12 | K | | market |
| 19. General Electric Corp. | C | Dividend | M | T | | | | | |
| 20. Eagle - JP Morgan Prime Money Market Fund | A | Dividend | M | T | | | | | |
| 21. Raymond James Bank Deposit Program | A | Interest | M | T | | | | | |
| 22. IBM | A | Dividend | L | T | | | | | |
| 23. Ingles Markets, Inc. | B | Dividend | K | T | | | | | |
| 24. International Paper | B | Dividend | L | T | | | | | |
| 25. NCR Corp | | None | J | T | | | | | |
| 26. Norfolk Southern Corp. | D | Dividend | M | T | | | | | |
| 27. Northwestern Mutual Life Ins. Co. (see note #1) | E | Dividend | O | T | | | | | |
| 28. SPX Corporation | A | Dividend | | | Sold | 7/5/12 | K | E | market |
| 29. Schlumberger Ltd. | A | Dividend | K | T | | | | | |
| 30. Sealed Air Corp. (common) | A | Dividend | J | T | | | | | |
| 31. Sprint Nextel Corp. (see note #1) | | None | J | T | | | | | |
| 32. Ultralife Batteries, Inc. | | None | J | T | Buy (add'l) | 11/26/12 | J | | market |
| 33. W.R. Grace & Co. | | None | | | Sold | 7/5/12 | K | E | market |
| 34. YUM Brands, Inc. (see note #1) | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stone, Jr., William F. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Frenesius Medical Care, AG | | None | | | Sold | 4/12/12 | K | E | market |
| 36. Pepsico, Inc. (see note #1) | D | Dividend | N | T | Sold (part) | 6/11/12 | K | D | market |
| 37. AT&T (see note #1) | A | Dividend | K | T | | | | | |
| 38. Branch Banking & Trust Co. of VA Accts (see note #1) | A | Interest | M | T | | | | | |
| 39. Stifel Nicolaus Insured Bank Deposit Program | A | Interest | J | T | | | | | |
| 40. Frontier Communications Corp. | D | Dividend | L | T | Buy (add'l) | 5/2/12 | K | | market |
| 41. | | | | | Buy (add'l) | 5/14/12 | J | | market |
| 42. Republic Services, Inc. | B | Dividend | K | T | | | | | |
| 43. Eagle Growth & Income Fund Class A M/F (see note #1) | D | Dividend | N | T | | | | | |
| 44. Federated VA Muni Service (formerly VA Muncipal Cash Trust) | A | Interest | J | T | | | | | |
| 45. Archer Daniels Midland Co. | A | Dividend | K | T | | | | | |
| 46. Bristol Meyers Squibb Co. | B | Dividend | K | T | | | | | |
| 47. Eastman Chemical Co. | A | Dividend | J | T | | | | | |
| 48. Glaxo Smith Kline PLC (see note # 1) | D | Dividend | M | T | | | | | |
| 49. Honeywell Int'l Inc. | A | Dividend | J | T | | | | | |
| 50. Intel Corp. (see note #1) | B | Dividend | K | T | | | | | |
| 51. Kroger Co. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stone, Jr., William F. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Whirlpool Corp. | A | Dividend | J | T | | | | | |
| 53. Microsoft Corp. | A | Dividend | J | T | | | | | |
| 54. Johnson & Johnson (see note #1) | B | Dividend | K | T | Sold (part) | 10/18/12 | J | C | market |
| 55. Texas Instruments Inc. | A | Dividend | J | T | | | | | |
| 56. Xerox Corporation | A | Dividend | J | T | | | | | |
| 57. Zimmer Holdings | A | Dividend | J | T | | | | | |
| 58. Federated Strategic Value Div Fund Class A M/F | A | Dividend | J | T | | | | | |
| 59. Pimco Total Return Fund Class A M/F | A | Dividend | J | T | | | | | |
| 60. Thornburg Investment Income Builder Fund Class I N/L | A | Dividend | J | T | | | | | |
| 61. VanGuard Short Term Bond Index Fund Investor Class N/L | A | Dividend | J | T | | | | | |
| 62. SPDR Index SHS Funds S&P INTL Div ETF | A | Dividend | J | T | | | | | |
| 63. SPDR Series Trust S&P Div ETF | B | Dividend | L | T | | | | | |
| 64. Sector SPDR TR SBI INT-UTILS | B | Dividend | K | T | | | | | |
| 65. General Mls Inc. | B | Dividend | K | T | | | | | |
| 66. IRA #2 (H) | | | | | | | | | |
| 67. -- Verizon Comm. (GTE) Debenture | A | Interest | J | T | | | | | |
| 68. -- Eagle Capital Appreciation Trust Fund | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stone, Jr., William F. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -- Eagle Growth & Income Trust Fund | C | Dividend | L | T | | | | | |
| 70. -- Eagle Mid Cap Stock Fund | D | Dividend | K | T | | | | | |
| 71. -- Eagle International Equity Fund | A | Dividend | L | T | | | | | |
| 72. -- Raymond James Bank Deposit Program (cash balance) | A | Interest | K | T | | | | | |
| 73. IRA #3 (H) | | | | | | | | | |
| 74. -- Eagle Int'l Equity Fund Class A | A | Dividend | L | T | | | | | |
| 75. -- Eagle Mid Cap Stock Fund Class A | E | Dividend | M | T | | | | | |
| 76. -- Eagle Growth & Income Trust Fund | D | Dividend | M | T | | | | | |
| 77. Trust #1 (1/3 beneficiary) (see note # 2) (H) | | | | | | | | | |
| 78. -- Abbott Labs | C | Dividend | M | T | | | | | |
| 79. -- Aston/River Road Div All Cap Val Fund | C | Dividend | L | T | | | | | |
| 80. -- BB&T Corp. | E | Dividend | O | T | Sold (part) | 10/15/12 | L | E | market |
| 81. -- Chevron Texaco Corp. | C | Dividend | M | T | | | | | |
| 82. -- General Electric Co. Com | A | Dividend | K | T | | | | | |
| 83. -- Illinois Tool Works, Inc. | A | Dividend | K | T | | | | | |
| 84. -- Intel Corp. | A | Dividend | K | T | | | | | |
| 85. --Lowes Companies, Inc. | C | Dividend | M | T | Sold (part) | 5/3/12 | L | F | market |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stone, Jr., William F. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   -- Merk Hard Currency Fund | A | Dividend | K | T | | | | | |
| 87.   -- Minnesota Mining & Manuf. | B | Dividend | L | T | | | | | |
| 88.   -- Norfolk Southern Corp. | B | Dividend | K | T | | | | | |
| 89.   -- Oracle Corp. | A | Dividend | K | T | | | | | |
| 90.   -- Raymond James Money Market Account (cash balance) | A | Interest | J | T | | | | | |
| 91.   -- Unilever Plc Adr | A | Dividend | K | T | | | | | |
| 92.   -- United Technologies Corp. (see note #10) | A | Dividend | K | T | | | | | |
| 93.   -- Verizon Communications | B | Dividend | K | T | | | | | |
| 94.   -- TD Ameritrade Money Market Acct. | A | Interest | L | T | | | | | |
| 95.   --Northwestern Mutual Life Insurance Co. | C | Dividend | M | T | | | | | |
| 96.   -- Ishares TR Index MSCI EAFE | | None | | | Sold | 6/20/12 | L | | market |
| 97.   -- Sector SPDR TR SBI | A | Dividend | K | T | | | | | |
| 98.   -- Frontier Communications Corp. | A | Dividend | | | Buy (add'l) | 5/9/12 | J | | market |
| 99. | | | | | Sold (part) | 7/11/12 | J | | market |
| 100. | | | | | Sold (part) | 9/20/12 | J | | market |
| 101. | | | | | Sold | 12/24/12 | J | | market |
| 102.   -- Powershares ETF Intl Divd Achievers | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stone, Jr., William F. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -- SPDR Series Trust S& P Divid ETF | B | Dividend | M | T | | | | | |
| 104. -- Vanguard Short Term Bond Stock Index Fund | A | Dividend | L | T | Buy (add'l) | 9/18/12 | K | | market |
| 105. | | | | | Sold (part) | 12/20/12 | J | A | market |
| 106. -- Ishares TR DJ Sel Div Inx | A | Dividend | K | T | Buy | 9/20/12 | K | | market |
| 107. | | | | | Buy (add'l) | 11/23/12 | K | | market |
| 108. -- Ishares TR Hgh Div Eqt Fd | A | Dividend | K | T | Buy | 10/18/12 | K | | market |
| 109. | | | | | Buy (add'l) | 12/24/12 | K | | market |
| 110. Trust #2 (H) | | | | | | | | | |
| 111. -- BB&T checking account | A | Interest | J | T | | | | | |
| 112. CVS Caremark RX Inc. | A | Dividend | | | Sold | 6/11/12 | J | D | market |
| 113. Centurylink (see note # 1) | B | Dividend | K | T | | | | | |
| 114. Windstream Corp. (common) (see note #1) | A | Dividend | J | T | | | | | |
| 115. Pfizer Inc. | A | Dividend | K | T | | | | | |
| 116. Fundamental Investors 529 Plan | A | Dividend | J | T | | | | | |
| 117. Washington Mutual Investors Fund 529 Plan | A | Dividend | J | T | | | | | |
| 118. AMCAP Fund 529 Plan | A | Dividend | J | T | | | | | |
| 119. SMALLCAP World Fund 529 Plan | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stone, Jr., William F. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Investment Company of America 529 Plan | A | Dividend | J | T | | | | | |
| 121. Unilever N.V. NY SHS New | A | Dividend | K | T | | | | | |
| 122. Redwood TR Inc. REIT | A | Dividend | | | Sold | 7/5/12 | J | | market |
| 123. Rental Property, Myrtle Beach, SC (see note #7) | E | Rent | N | R | | | | | |
| 124. Trust #3 (H) | | | | | | | | | |
| 125. -- Raymond James Cash/Client Interest Program (see note # 4) | | None | | | Distributed | 8/2/12 | J | | trust beneficiaries |
| 126. Trust #4 (H) | | | | | | | | | |
| 127. -- Raymond James Cash/Client Interest Program (see note #5) | | None | | | Distributed | 8/14/12 | J | | trust beneficiaries |
| 128. Trust #5 (see note #6) (H) | | | | | | | | | |
| 129. -- BP PLC | B | Dividend | K | T | | | | | |
| 130. -- Duke Energy Corp. New | C | Dividend | L | T | | | | | |
| 131. -- Frontier Communications Corp. (Y) | | | | | | | | | |
| 132. -- Piedmont Nat Gas | B | Dividend | K | T | | | | | |
| 133. -- Progress Energy Inc. | A | Dividend | | | Merged (with line 130) | 7/3/12 | J | | market |
| 134. -- Southern Company | B | Dividend | K | T | | | | | |
| 135. -- Spectra Energy Corp. | A | Dividend | J | T | | | | | |
| 136. -- Travelers Companies Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stone, Jr., William F. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -- Verizon Communications Inc. | B | Dividend | K | T | | | | | |
| 138. -- Raymond James Bank Deposit Program | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stone, Jr., William F. | 05/14/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Investments in same companies of reporting person and spouse have been combined for this report.

2. 1/3 of total trust asset values and income is reported. Part VII, line 77.

3. The only undistributed asset held in     Estate        is unsold item(s) of personalty. Part I, line 3.

4. The remaining cash in this trust was distributed to trust beneficiaries on various dates during 2012; the last of these distributions occurred on August 2, 2012, when the account was closed. As transactions less than $1,000 do not have to be separately disclosed, only the date of the last distribution is listed in this report. Part VII, line 125.

5. The remaining cash in this trust was distributed to trust beneficiaries on various dates during 2012; the last of these distributions occurred on August 14, 2012, when the account was closed. As transactions less than $1,000 do not have to be separately disclosed, only the date of the last distribution is listed in this report. Part VII, line 127.

6. The reporting person's spouse is the trustee of this Trust. Part VII, line 128.

7. The purchase price of the real estate, in 2010, was $405,000, $20,000 of which was allocated to furnishings in the property. Part VII, line 123.

8. Between the reporting date of December 31, 2012 and the date of this report, this loan was repaid in full and is no longer outstanding. Part VI, line 1.

9. This was formerly reported as BB&T Financial, FSB (Insured Bank Deposit Program). Part VII, line 8.

10. This was formerly reported as United Tech Corp. Com. Part VII, line 92.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **William F. Stone, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544